UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

FILED
CLERKS OFFICE
2004 JAN 16 A 11: 08
U.S. DISTRICT COURT
DISTRICT OF MASS.

```
***********************************
                                  *
MATTEO RUSSO                      *    04-10108WGY
     Plaintiff                    *
                                  *
V.                                *
                                  *
MARY & JOSEPHINE CORPORATION      *
     Defendant                    *
                                  *
***********************************
```

## SEAMAN'S AFFIDAVIT

I, Joseph G. Abromovitz, Attorney for the Plaintiff, Matteo Russo, in the above captioned matter, do on oath depose and say as follows:

The plaintiff in the above captioned action is a seaman and claims the benefits of the United States Code Annotated, Title 28, §1916, which provides that:

> "In all courts of the United States seamen may institute and prosecute suits and appeals in their own names and for their own benefit for wages or salvage or the enforcement of laws enacted without prepaying fees or costs or furnishing security therefor."

Dated: January 15, 2004

The Plaintiff,
Matteo Russo,
By his attorney,

_____
Joseph G. Abromovitz
BBO# 011420
858 Washington Street, Third Floor
Dedham, MA 02026
Phone: (781) 329-1080