UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MATTEO RUSSO, )
    Plaintiff, )
     )
v. ) <u>Civil Action No. 04-10108-WGY</u>
     )
MARY & JOSEPHINE, INC., )
    Defendant )

### DEFENDANT'S ANSWER TO THE PLAINTIFF'S COMPLAINT

#### FIRST DEFENSE

By way of affirmative defense the defendant states that the plaintiff's Complaint fails to state a claim upon which relief can be granted.

#### SECOND DEFENSE

The defendant responds to the allegations contained in the plaintiff's Complaint paragraph by paragraph as follows.

#### Parties and Jurisdiction

1. Admitted.

2. Admitted.

3. The defendant neither admits nor denies the allegations contained in paragraph 3 because this paragraph contains a statement of law to which no response is required.

#### Facts

4. The defendant denies the allegations contained in paragraph 4 of the plaintiff's Complaint and calls upon the plaintiff to prove the same at trial.

5. The defendant denies the allegations contained in paragraph 5 of the plaintiff's Complaint and calls upon the plaintiff to prove the same at trial.

6. The defendant denies the allegations contained in paragraph 6 of the plaintiff's Complaint and calls upon the plaintiff to prove the same at trial.

### **COUNT I (Unseaworthiness)**

7. The defendant repeats its answers to paragraphs 1 - 6, above, and incorporates them herein by reference.

8. The defendant denies the allegations contained in paragraph 8 of the plaintiff's Complaint and calls upon the plaintiff to prove the same at trial.

9. The defendant denies the allegations contained in paragraph 9 of the plaintiff's Complaint and calls upon the plaintiff to prove the same at trial.

### **COUNT II (Maintenance and Cure)**

10. The defendant repeats its answers to paragraphs 1 - 9, above, and incorporates them herein by reference.

11. The defendant lacks sufficient information to either admit or deny the allegations contained in paragraph 11 of the plaintiff's Complaint and calls upon the plaintiff to prove the same at trial.

12. The defendant lacks sufficient information to either admit or deny the allegations contained in paragraph 12 of the plaintiff's Complaint and calls upon the plaintiff to prove the same at trial.

13. The defendant lacks sufficient information to either admit or deny the allegations contained in paragraph 13 of the plaintiff's Complaint and calls upon the plaintiff to prove the same at trial.

### THIRD DEFENSE

By way of affirmative defense, the defendant says that if the plaintiff suffered injuries or damage, as alleged, such injuries or damage were caused by someone for whose conduct the defendant was not and is not legally responsible.

### FOURTH DEFENSE

By way of affirmative defense, the defendant says that if the plaintiff was injured as alleged, which the defendant denies, those injuries were the result of an act of God for which the defendant is not legally responsible.

### FIFTH DEFENSE

By way of affirmative defense, the defendant says that if the defendant was negligent or its vessel unseaworthy, which it denies, then the plaintiff's injuries, if any, were contributed to by the plaintiff's own negligence to such a degree that any recovery must be reduced pro rata.

### SIXTH DEFENSE

By way of affirmative defense, the defendant says that if it is found liable to the plaintiff for any of his alleged damages, the amount of such liability is limited pursuant to the provisions of the Limitation of Liability Act, 46 U.S.C.A. §§181, et. seq.

### SEVENTH DEFENSE

By way of affirmative defense, the defendant states that if the injury alleged was sustained, it did not occur while the plaintiff was in the service of the vessel.

### EIGHTH DEFENSE

By way of affirmative defense, the defendant says that the plaintiff's action is barred by the application of the statute of limitations.

### NINTH DEFENSE

By way of affirmative defense, the defendant says that the plaintiff's action has been brought in the wrong venue.

### TENTH DEFENSE

By way of affirmative defense, the defendant says that this Court lacks jurisdiction over the plaintiff's action.

**THE DEFENDANT DEMANDS A TRIAL BY JURY ON ALL COUNTS.**

The Defendant,
MARY & JOSEPHINE, INC.,
By their attorneys,

**REGAN & KIELY LLP**

Joseph A. Regan-BBO #543504
Syd A. Saloman-BBO #645267
85 Devonshire Street
Boston, MA 02109
(617) 723-0901

DATE: 1-30-04

I hereby certify that this document has been served upon all counsel of record in compliance with the FRCP
Syd A. Saloman/kw 1-30-04