AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

Matteo Russo
V.

Mary & Josephine Corporation

SUMMONS IN A CIVIL CASE

CASE NUMBER:

04 - 10108 WGY

TO: (Name and address of Defendant)

Mary & Josephine Corporation
279 Western Avenue
Gloucester, MA 01930

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph G. Abromovitz, Esq.
Law Office of Joseph G. Abromovitz, P.C.
858 Washington Street
Third Floor
Dedham, MA 02026

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK _____   DATE January 16, 2004

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

---

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

Essex, ss.                                                February 12, 2004

I hereby certify and return that on 2/11/2004 at 10:50 am I served a true and attested copy of the summons and complaint and civil cover sheet in this action in the following manner: To wit, by delivering in hand to Salvatore Rumo, agent, person in charge at the time of service for Mary and Josephine Corp., 279 Western Avenue, Gloucester, MA. Basic Service Fee ($30.00), Conveyance ($4.50), Travel ($16.00), Postage and Handling ($1.00), Copies ($5.00) Total Charges $56.50

*John Pace*
Deputy Sheriff

Deputy Sheriff John Pace

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.