UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MATTEO RUSSO,<br>　　　Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | <u>Civil Action No. 04-10108-WGY</u> |
| MARY & JOSEPHINE, INC.,<br>　　　Defendant | )<br>)<br>) | |

### RULE 26(a)(1) INITIAL DISCLOSURE OF DEFENDANT<br>MARY & JOSEPHINE, INC.

Now comes the defendant, Mary & Josephine, Inc. and hereby submits the foregoing Initial Disclosure pursuant to Fed. R. Civ. P. 26(a)(1).

**A.　Witness Information**

Matteo Russo
17 Derby Street
Gloucester, MA

Sal Russo
Josephine Russo
279 Western Avenue
Gloucester, MA

Charles Reed
Gloucester, MA

Ricci Marshall
Gloucester, MA

Jerry Russo
Gloucester, MA

David Allen
Gloucester, MA

Plaintiff's Medical Providers

B.  **Document Information**

1. Insurance Policy referenced below

2. The plaintiff's medical records

C.  **Damages Information**

Not applicable.

D.  **Insurance Information**

Please see policy of insurance issued by Sunderland, referenced as policy number DMM0000003-01. We understand that a declaratory judgment shall be filed to determine whether said policy provides coverage for this claim.

<div style="margin-left: 50%;">

For the defendant,
MARY & JOSEPHINE, INC.,
By their attorneys,

**REGAN & KIELY LLP**

Joseph A. Regan (BBO #543504)
Syd A. Saloman (BBO #645267)
85 Devonshire Street
Boston, MA 02109
(617)723-0901

</div>

I hereby certify that this document has been served upon all counsel of record in compliance with the F.R.C.P.

2-23-04

2