```
RECEIPT #_____
AMOUNT $    0
SUMMONS ISSUED  Yes
LOCAL RULE 4.1_____
WAIVER FORM _____
MCF ISSUED_____
BY DPTY. CLK. _____
DATE    1-16-04
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MATTEO RUSSO
    Plaintiff

V.

MARY & JOSEPHINE CORPORATION
    Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

04-10108WGY

MAGISTRATE JUDGE Collings

## PLAINTIFF'S COMPLAINT

1. The plaintiff, Matteo Russo, is a resident of Gloucester, Massachusetts, District of Massachusetts.

2. The defendant, Mary & Josephine Corporation, is a Massachusetts Corporation with a usual place of business in Gloucester, Massachusetts.

3. The jurisdiction of the within cause is pursuant to the Admiralty and Maritime jurisdiction of the United States, 28 U.S.C. § 1333.

### Facts

4. At all times material hereto the plaintiff was a seaman and member of the crew of the F/V MARY & JOSEPHINE.

5. That at all times material hereto the F/V MARY & JOSEPHINE was a vessel in navigation within the mean of the law.

EXHIBIT A

6.  That on or about December 3, 2003 the plaintiff was working aboard the F/V MARY & JOSEPHINE when he was caused to be seriously injured as a result of a defect aboard said vessel.

## COUNT I

### (Matteo Russo v. Mary & Josephine Corporation)

### (Unseaworthiness)

7.  Plaintiff incorporates herein each and every allegation set forth, supra.

8.  That the proximate cause of plaintiff's accident was due to an unseaworthy condition aboard said vessel.

9.  That as a proximate result of the said unseaworthy condition the plaintiff was caused to suffer serious injuries of body and anguish of mind, incurred substantial expenses for hospitalization, medical and surgical care and attention, has suffered a diminution of his earning capacity and was otherwise injured, all as will be shown at the trial of this matter.

WHEREFORE, plaintiff demands judgment against defendant in the amount of $1,000,000.00.

## COUNT II

### (Matteo Russo v. Mary & Josephine Corporation)

### (Maintenance and Cure)

10. Plaintiff restates herein each and every allegation of paragraphs one through nine, supra.

11. That plaintiff was injured while in the service of said vessel and has incurred substantial expenses for hospitalization, medical care and attention. He is entitled to receive "cure" from the defendant.

12. That plaintiff has not achieved maximum medical cure and has been unable to work since December 3, 2003.

13. Plaintiff is entitled to recover "maintenance" at a rate to be determined by the Court.

WHEREFORE, plaintiff prays that this Honorable Court order defendant to pay "cure" and further request the Court to conduct a hearing to determine the appropriate rate of maintenance and enter an award consistent therewith.

Dated: January 15, 2004

The Plaintiff, MATTEO RUSSO,
By his attorney,
JOSEPH G. ABROMOVITZ, P.C.

_____
Joseph G. Abromovitz
BBO NO. 011420
858 Washington Street
Third Floor
Dedham, MA 02026
Phone: (781) 329-1080