UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
In Open Court
USDC, Mass.
Date 4-8-04
By
Deputy Clerk

MATTEO RUSSO, )
    Plaintiff, )
)
v. )  **Civil Action No. 04-10108-WGY**
)
MARY & JOSEPHINE, INC., )
    Defendant )

YOUNG, D.J.
So ordered as the case management scheduling order.
Discovery due Nov 30, 2004
Dispositive Motions due Dec 15, 2004

*William H. Young*
U.S. District Judge
April 8, 2004

**JOINT SCHEDULING STATEMENT**

Now come the parties to the above-captioned matter and respectfully submit this joint proposed scheduling statement.

1. All interrogatories and Rule 34 requests shall be filed on or before April 30, 2004.

2. Joinder of additional parties shall be sought on or before May 31, 2004.

3. All depositions (except De Bene Esse) shall be concluded on or before August 31, 2004.

4. The plaintiff's complete designation of expert testimony (including complete answers to expert interrogatories and/or completion of Rule 26 expert materials if required) on or before September 15, 2004.

5. The defendant's complete designation of expert testimony (including complete answers to expert interrogatories and/or completion of Rule 26 expert materials if required) on or before October 15, 2004.

6. All depositions of expert witnesses taken by November 30, 2004.

7. All dispositive motions filed by December 15, 2004

8. ~~All oppositions to dispositive motions filed by January 15, 2005.~~ N/WY

Respectfully submitted,

For the plaintiff,

*[signature]*

Joseph G. Abromovitz (BBO #011420)
Joseph G. Abromovitz, P.C.
858 Washington Street, 3rd Floor
Dedham, MA 02026
(781) 329-1080


For the Defendant,

*[signature]*

Joseph A. Regan (BBO #543504)
Robert E. Kiely (BBO #556640)
Regan & Kiely LLP
85 Devonshire Street
Boston, MA 02109
(617)723-0901

I hereby certify that this document has been served upon all counsel of record in compliance with the FRCP
4/5/04