UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10108-WGY

| | |
|---|---|
| MATTEO RUSSO,<br>          Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| MARY & JOSEPHINE<br>CORPORATION,<br>          Defendant | )<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Now come the parties to the above-captioned action, and pursuant to the terms of a Letter Agreement executed on or about January 14, 2005 which terms are hereby incorporated by reference, by their attorneys, and hereby stipulate that this action be dismissed **without** prejudice to the bringing of another action concerning any of the matters involved in this action and without costs to either party.

For the Plaintiff,

_____
Joseph G. Abromovitz - BBO # 11040
Law Office of Joseph G. Abromovitz
858 Washington St., Third Floor
Dedham, MA 02026
(781)329-1080

For the Defendant,

_____
Robert E. Kiely - BBO #556640
REGAN & KIELY LLP
85 Devonshire Street
Boston, MA 02109
(617) 723-0901